IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER K. SPATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 6:18-CV-03150-MDH |
| | ) | |
| GEORGE A. LOMBARDI, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANTS' MOTION TO FILE AMENDED ANSWER TO PLAINTIFF'S PETITION AND SUGGESTIONS IN SUPPORT

COMES NOW, Defendants Charles Reese, Robert Turner and John Machino (hereinafter collectively as "Defendants") through Assistant Attorney General, Jessica L. Ward, and hereby request leave to file a first amended answer. In support of this motion, Defendants state:

1. The undersigned entered her appearance in this case for the named defendants above on January 23, 2023.

2. Plaintiff filed his original complaint on May 10, 2018. Doc 1.

3. Plaintiff was allowed to file a First Amended Complaint on November 2, 2018. Doc. 18.

4. Defendants filed their answer to Plaintiff's First Amended Complaint on November 16, 2018. Doc 19.

5. Defendants' answer to Plaintiff's amended complaint stated at page 8, Section: Affirmative Defenses, paragraph K that "Defendants incorporate by reference each and every additional affirmative defense that may be

uncovered or made known during the investigation and discovery in this case. Defendants specifically reserve the right to amend their answer to include affirmative defenses at the time they are discovered." Doc. 19, Page 8 of 9.

6. On March 25, 2021, Plaintiff filed a Motion to Amend Complaint to Add Party Defendant, adding John Machino as a party. Doc. 85.

7. Plaintiff's motion to Amend was granted and Plaintiff filed his Second Amended Complaint on April 13, 2021. Doc. 87 and 89.

8. Defendants filed their Answer to Second Amended Complaint on September 3, 2023. Doc. 103-1.

9. Upon review of the case, Defense counsel has found an additional affirmative defense of statute of limitations.

10. Granting leave for Defendants' to file a first amended answer will not materially add to the issues in dispute and will serve the cause of justice.

11. Rule 15(a) provides that leave to file amended pleadings should be freely granted when justice so requires.

12. This would be Defendants' first Amended Answer.

13. A copy of the proposed First Amended Answer and Affirmative Defenses is attached as Exhibit "A" and incorporated herein by this reference.

14. This case is scheduled for mediation at this time.

15. No prejudice would result from allowing an amended answer at this time. Allowing the filing of a First Amended Answer will not result in an

unnecessary delay as parties are preparing for mediation at this time.

16. The Defendants therefore, request leave to file their amended answer to Plaintiff's Second Amended Complaint.

WHEREFORE, the Defendants respectfully pray this court grant their request to file their First Amended Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint at this time, and for such other and further relief as the Court deems just.

Respectfully submitted,

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Jessica L. Ward*
Jessica L. Ward, #57389
Assistant Attorney General
149 Park Central Sq. Suite 1017
Springfield, MO 65806
Telephone: (417) 895-6567
Fax: (417) 895-6382
Email: Jessica.Ward@ago.mo.gov

**ATTORNEY FOR DEFENDANTS REESE, TURNER AND MACHINO**

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February 2023, the foregoing was filed electronically with the Court to be served upon all counsel by operation of the Court's electronic filing system.

*/s/ Jessica L. Ward*
Assistant Attorney General
