IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER K. SPATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 6:18-CV-03150-MDH |
| | ) | |
| GEORGE A. LOMBARDI, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANTS' MOTION TO CONTINUE PRETRIAL CONFERENCE

COMES NOW, Defendants Charles Reese, Robert Turner and John Machino (hereinafter collectively as "Defendants") through Assistant Attorney General, Jessica L. Ward, and in support of their Motion to Continue, hereby state:

1. This matter is scheduled for a pretrial conference on April 27, 2023 at 1:00 p.m.

2. Counsel for Defendant is scheduled to be in a jury trial on April 24 – April 28, 2023 in Case No: 17DK-CC00180, *T. Huff v. Missouri Department of Corrections, et al.* Therefore, counsel will be unavailable on April 27, 2023.

3. At this time, counsel does not believe the above-mentioned case will be resolved.

4. Immediately upon recognizing the conflict, counsel filed this motion in order to give the Court and plaintiff's ounsel as much notice as possible.

5. Defendants' counsel is available to attend a pre-trial conference on this matter on May 1 – 5, 2023.

6. This motion is submitted in good faith and not for the purposes of undue delay.

WHEREFORE, Defendants hereby requests a continuance from the April 27, 2023, Pretrial Conference.

Respectfully submitted,

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Jessica L. Ward*
Jessica L. Ward, #57389
Assistant Attorney General
149 Park Central Sq. Suite 1017
Springfield, MO 65806
Telephone: (417) 895-6567
Fax: (417) 895-6382
Email: Jessica.Ward@ago.mo.gov

**ATTORNEY FOR DEFENDANTS REESE, TURNER AND MACHINO**

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March 2023, the foregoing was filed electronically with the Court to be served upon all counsel by operation of the Court's electronic filing system.

                                            */s/ Jessica L. Ward*
                                            Assistant Attorney General