IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER K. SPATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 6:18-cv-03150-MDH |
| | ) | |
| GEORGE A. LOMBARDI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S SUGGESTIONS IN OPPOSITION TO DEFENDANTS' MOTION TO CONTINUE PRETRIAL CONFERENCE

Plaintiff Christopher K. Spates offers the following *Suggestions in Opposition to Defendants' Motion to Continue Pretrial Conference* (Doc. 143):

1. Plaintiff filed his original complaint on May 10, 2018. Doc. 1.

2. On April 13, 2020, this Court requested that Ms. Ginger Gooch represent Plaintiff. Doc. 65.

3. On August 11, 2022, this Court first addressed a trial date, entering the Fourth Amended Scheduling Order, which set trial to begin January 23, 2023. Doc. 126.

4. On December 12, 2022, after changes in counsel for both Plaintiff and Defendants, this Court entered a Fifth Amended Scheduling Order, setting trial to begin May 8, 2023, and setting the initial pretrial conference for April 27, 2023. Many of the deadlines for trial, such as motions in limine, exhibit lists, witness lists, requested voir dire questions, and jury statements, are based upon the date for the initial pretrial conference. Doc. 134.

5. On March 31, 2023, more than 14 weeks after the Court set the initial pretrial conference, Defendants' counsel requested that it be rescheduled for the week of May 1, without attempting to discuss the matter with Plaintiff's counsel. Doc. 143.

6. Plaintiff's counsel is unavailable May 1 and May 3, 2023, due to previously scheduled hearings and commitments.

7. Plaintiff respectfully asks the Court to deny Defendants' Motion for Continuance due to the 14-week-long delay in making the request, and due to the late notice of potential changes in the deadlines for the other pretrial filings, and so that the Court has sufficient time after the pretrial conference to make rulings that allow counsel to plan for trial according to those rulings.

8. Alternatively, if this Court is inclined to grant Defendants' Motion, Plaintiff respectfully requests that the Court either sets a status call to reschedule the initial pretrial conference or reschedules the pretrial conference for a date and time Plaintiff's counsel is available; to wit, April 20, April 21, or May 2, 2023, preferably in the afternoon.

WHEREFORE, Plaintiff Christopher K. Spates requests that this Court deny Defendants' Motion to Continue Pretrial Conference; alternatively, Plaintiff requests that this Court continue the pretrial conference to April 20 or 21 or May 2, 2023, or sets a telephone conference to discuss available dates; and for such other and further relief as the Court deems just.

**Respectfully submitted,**

By: /s/ *Laura C. Robinson*
Laura C. Robinson, MO Bar #67733
Husch Blackwell LLP
3810 E. Sunshine, Suite 300
Springfield, MO 65809
Phone: 417.268.4000
Fax: 417.268.4040
Laura.Robinson@huschblackwell.com

And

J. Brent Dulle, MO Bar #59705
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: (314) 345-6191
Brent.Dulle@huschblackwell.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing instrument was filed electronically via the Court's electronic filing system on April 3, 2023, for service on all counsel of record.

    */s/ Laura C. Robinson*
    Laura C. Robinson