IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER K. SPATES, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) | Case No. 6:18-cv-03150-MDH |
| GEORGE A. LOMBARDI, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Plaintiff Christopher K. Spates, by counsel, suggests the following questions to be asked of the jury panel by the Court or counsel in the trial of this cause:

## GENERAL QUESTIONS:

1) Does anyone have any medical or health reason that would make it difficult to sit for hours at a time?

2) Does anyone have any medical or health reason that would make it difficult to see, listen to, and comprehend the testimony and evidence?

3) Does anyone have any conflicts or other personal circumstance that would interfere with serving on this jury due to the anticipated length of the trial (i.e. trips, serious economic hardships, doctors' appointments, etc.)?

## ATTORNEYS & OTHER JURORS

4) Have you or your close family/ friends worked for or had dealings—either positive or negative—with the law firm Husch Blackwell LLP or its employees? If so, please provide details.

5) Does anyone know the members of Mr. Spates's legal team, Brent Dulle, Laura Robinson, or Abi Goodrich? If so, please provide details.

6) Does anyone know the members of the Defendants' legal team, Jessica Ward [and others]?

7) Do you know any of your fellow jurors? If yes, [to each person] if you are seated together on this jury, will your relationship cause you to give less weight or extra weight to the other person's opinion?

## BURDEN OF PROOF

8) This is not a criminal case. This is a civil case. The burden of proof in criminal cases is different from the burden of proof in civil cases. The plaintiff has the burden to prove his case by a preponderance of the evidence, which is "more likely than not" or just more than 50%.

   a) Does anyone believe the plaintiff should have to prove something more like the criminal standard of "beyond a reasonable doubt"?

   b) Does anyone believe they could not apply the "more likely than not" standard here?

## PRIOR LITIGATION EXPERIENCE

9) Have you ever served on a jury before? If yes:

   a) Civil or criminal case?

   b) Did the jury reach a verdict?

   c) Were you foreperson?

   d) Anything about the experience that would affect you in this case?

10) Have you ever been a plaintiff or defendant in a civil lawsuit like this one? If so:

   a) What kind of case was it?

   b) Were you the plaintiff or the defendant?

   c) Was it resolved to you satisfaction?

## MONEY DAMAGES & LAWSUITS

11) In a civil case like this one, the law provides one main remedy, which is money. Does anyone believe that, regardless of the facts and law in this case, that an award of money should never happen to resolve a civil case?

12) Does anybody believe that there are just too many lawsuits filed?

13) At the end of this trial, the Court may ask you to consider an award of punitive damages against the defendants. Punitive damages are damages intended to punish the defendants for their actions. Does anyone believe they simply could not, or would never, award punitive damages against a correctional or law enforcement officer?

## PARTIES/KNOWLEDGE OF CASE

14) Plaintiff Christopher Spates brought this lawsuit for events that occurred while he was incarcerated and in the custody of the Missouri Department of Corrections at South Central Correctional Center in Licking, MO.

   a) Does anyone believe that they already may favor the Defendants because Mr. Spates was a prisoner and a convicted felon?

   b) Does anyone believe that they already disfavor or disbelieve Mr. Spates because he is a prisoner and a convicted felon?

   c) Does anyone believe that prisoners and convicted felons like Mr. Spates should not be able to file a civil lawsuit or get money damages for things that happen to them in prison?

   d) Does anyone believe that prisoners and convicted felons like Mr. Spates should not have the same civil rights as others?

   e) Does anyone believe that prisons are too easy on inmates? Does anyone believe that prisons are too hard on inmates?

15) Have you or close family/ friends ever worked in a jail, prison, or correctional facility?

3
HB: 4889-0130-5353.2
Case 6:18-cv-03150-MDH     Document 150     Filed 04/13/23     Page 3 of 5

16) Have you or close family/ friends ever worked for the Missouri Dept. of Corrections? If yes, at which facility?

17) Has anyone ever worked in law enforcement?

## WITNESSES

18) Certain persons may be called as witnesses in this case. Do you or any member of your immediate family know or have any acquaintance with any of the following individuals [all names from both Plaintiff's and Defendants' Witness Lists]:

19) Would you judge the credibility of a witness who is a law enforcement or correctional officer differently from other witnesses simply because of his or her position?

20) Would you judge the credibility of a witness who is a prisoner differently from other witnesses simply because he is a prisoner?

21) Some evidence may be presented at trial through a video deposition or the reading of a deposition, which is sworn testimony given at a time and place outside this trial. Would you give testimony presented to you by deposition less weight or less credibility because the witness did not appear live at trial?

## INSTRUCTIONS/ JUROR NULLIFICATION

22) At the end of the trial, Judge Harpool will give you the law you must follow in the form of jury instructions. Your job will be to apply the evidence you heard to the instructions from the judge and render a verdict. Sometimes we may think that the law is not good or is not fair; is there anybody who thinks, if I don't like the law, I won't follow it?

## CATCH-ALL

23) Does anyone have any other reason that I didn't ask about that causes you to favor one side over the other in this case already?

24) Does anyone believe they have already made up their mind about this case and know what verdict they would enter at the end?

                                              **Respectfully submitted,**

By: /s/ *Laura C. Robinson*
Laura C. Robinson, MO Bar #67733
Husch Blackwell LLP
3810 E. Sunshine, Suite 300
Springfield, MO 65809
Phone: 417.268.4000
Fax: 417.268.4040
Laura.Robinson@huschblackwell.com

And

J. Brent Dulle, MO Bar #59705
Husch Blackwell LLP
8001 Forsyth Blvd, Suite 1500
St. Louis, MO 63105
Phone: (314) 345-6191
Brent.Dulle@huschblackwell.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing instrument was filed electronically via the Court's electronic filing system on April 13, 2023, for service on all counsel of record.

*/s/ Laura C. Robinson*
Laura C. Robinson