UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION

| CHRISTOPHER K. SPATES, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 6:18-cv-03150-MDH |
| | ) | |
| GEORGE A. LOMBARDI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S EXHIBIT INDEX

Plaintiff Christopher K. Spates identifies the following exhibits he expects to offer during trial:

| ✓ | = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
|---|---|---|---|
| Ex | = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB | = admitted, de bene | NO | = marked, but not offered |
| | | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| P1 | | | | South Central Correction Center's Standard Operating Procedure SOP21-1.2 Administrative Segregation (Effective Date of 9/9/2011) [28-Pages] |
| P2 | | | | Affidavit of Robert Turner dated 9/25/ [2-Pages] |
| P3 | | | | Affidavit of Christopher K. Spates dated 11/15/2019 [3-Pages] |
| P4 | | | | South Central Correction Center's Standard Operating Procedure – SOP Change Notice, Number 21.1.2, dated 04/27/16 (000055-000086) [31-Pages] |
| P5 | | | | State of Missouri Department of Corrections Enemy Waiver Form (Blank) (000403) [1-Page] |
| P6 | | | | South Central Correction Center Corrected Memorandum from CS/I Walter Forster to CSII John Motel dated 11/12/2015 RE: UOF Spates, Christopher # 1196471 (Residual Pepper Spray) (000154) [1-Page] |
| P7 | | | | South Central Correction Center Original Memorandum from CS/I Walter Forster to CSII John Motel dated 11/12/2015 RE: UOF Spates, Christopher # 1196471 (Residual Pepper Spray) (000155) [1-Page] |
| P8 | | | | Email Chain from Pam Jones dated 3/9/2016 RE: PC Requests (000181) [1-Page] |
| P9 | | | | Email Chain from Pam Jones dated 3/9/2016 RE: SCCC-15-2101 Spates #1196471 (000182) [1-Page] |

| | | | | |
|---|---|---|---|---|
| P10 | | | | Department of Correction's Grievance Appeal Response dated 3/14/2016 RE: SCCC-15-2101 (000172)<br>[1-Page] |
| P11 | | | | Response to March 2021 Subpoena Number 1 (000169)<br>[1-Page] |
| P12 | | | | Plaintiff's Notice of Rule 30(B)(6) Video Deposition of Missouri Department of Corrections served on 3/15/2022<br>[2-Pages] |
| P13 | | | | Exhibit A to Plaintiff's Notice of Rule 30(B)(6) Video Deposition of Missouri Department of Corrections served on 3/15/2022<br>[3-Pages] |
| P14 | | | | Department of Corrections' Certification by Melissa Creek dated 8/27/2018 RE:SCCC15-2101 (000170)<br>[1-Page] |
| P15 | | | | Offender Grievance Appeal Form dated 2/15/2015 (000171)<br>[1-Page] |
| P16 | | | | Offender Grievance Form dated 1/12/2016 (000173)<br>[1-Page] |
| P17 | | | | Grievance Log Number SCCC-15-2101 dated 01/20/2016 (000174)<br>[1-Page] |
| P18 | | | | Informal Resolution Request for SCCC 15 2101 dated 12/17/2015 (000175)<br>[1-Page] |
| P19 | | | | Informal Resolution Request dated 12/17/2015 (000176)<br>[1-Page] |
| P20 | | | | I.R.R. Attachment signed by Chris Spates (000177)<br>[1-Page] |
| P21 | | | | Department of Corrections' Enemies Print dated 12/11/15 (000178)<br>[1-Page] |
| P22 | | | | Department of Corrections Memorandum from Michael Bowersox to Wendall Calhoun RE: State Case: 2015-11-0065 dated 12/29/15 (000179)<br>[1-Page] |
| P23 | | | | Department of Corrections Memorandum from Michal Bowersox to G. Huff RE: RFI – Offender Spates IRR #SCCC-15-2101 dated 12/17/15 (000180)<br>[1-Page] |
| P24 | | | | Department of Corrections' Memorandum from Michael Bowersox to Major John Gibbs RE: Use of Force-Offender Spates dated 11/23/2015 (000152)<br>[1-Page] |
| P25 | | | | Department of Corrections' Memorandum from Major John Motel to Warden Michael Bowersox dated 11/17/2015 (000153)<br>[1-Page] |
| P26 | | | | Department of Corrections' Use of Force <u>Corrected</u> form dated 11/12/2015 (000156)<br>[1-Page] |
| P27 | | | | Department of Corrections' Use of Force form noting no Staff Witnesses dated 11/12/2015 (000157)<br>[1-Page] |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| P28 | | | | Department of Corrections' Use of Force form noting Physical and Mechanical force dated 11/12/15 (000158) [1-Page] |
| P29 | | | | Department of Corrections' Report of Incident form dated 11/12/15 signed by Charles Reese (000159-000160) [2-Pages] |
| P30 | | | | Department of Corrections' Report of Incident form dated 11/12/15 signed by Robert Turner (000161-000162) [2-Pages] |
| P31 | | | | Department of Corrections' Report of Incident form dated 11/12/15 signed by John Machino (000163-000164) [2-Pages] |
| P32 | | | | Nurse Encounter Soap Notes dated 11/12/2015 for Christopher Spates (000165—000166) [2-Pages] |
| P33 | | | | Temporary Administration Segregation Confinement Form for Christopher Spates dated 11/12/2015 (0001670) [1-Page] |
| P34 | | | | South Central Correctional Center' Use of Force Checklist dated 11/12/15 (000168) [1-Page] |
| P35-1 thru P35-108 | | | | Images of Facebook posts made by John Machino (108-images) |
| P36 | | | | Sixty Day Temporary Assignment (000505) |
| P37 | | | | Alpha Roster (000506-000511) |
| P38 | | | | Smith 2015 Grievance Summary (000512) |
| P39 | | | | Robert Turner Log Entries (000513-000538) |
| P40 | | | | Department of Corrections' Investigation Report dated 12/21/2015 (000034-000036) |
| P41 | | | | Christopher Spates' Complete Medical Record History (000087-000118) |
| P42 | | | | Christopher Spates' Medication Administration Record and Medical Record History (000119-000151) |
| P43 | | | | Department of Corrections Chronological Log (000037-000054) |
| P44 | | | | Department of Corrections Enemies of Spates, Christopher (000005-000029) |
| P45 | | | | Department of Corrections Housing History Report (000030-000031) |
| P46 | | | | Corizon Health South Central Correctional Center – Medical Records for Christopher Spates (000183-000314) |
| P47 | | | | Department of Corrections D2-11.10 Staff Member Conduct Procedure (000321-000328) |
| P48 | | | | Department of Corrections IS7-1.4 Classification Files Procedure (000352-000356) |
| P49 | | | | Department of Corrections IS21-1.1 Temporary Administrative Segregation Confinement (000357-000381) |
| P50 | | | | Department of Corrections D2-11.4 Discrimination, Harassment, Retaliation, and Unprofessional Conduct (Effective Date July 1, 2017) (000315-000320) |
| P51 | | | | Department of Corrections IS21-1.2 Administrative Segregation (000382-000412) |

| | | | | |
|---|---|---|---|---|
| P52 | | | | Department of Corrections IS21-1.3 Protective Custody (000413-000432) |
| P53 | | | | Department of Corrections IS21-1.4 Disciplinary Segregation (000433-000456) |
| P54 | | | | South Central Correction Center's Standard Operating Procedure SOP21-1.2 Administrative Segregation (Effective Date 3/1/2017) (000457-00486) |
| P55 | | | | Department of Corrections D2-11.4 Discrimination, Harassment, Retaliation, and Unprofessional Conduct (Effective Date July 24, 2016) (000498-000504) |
| P56 | | | | Department of Corrections D2-11.4 Discrimination, Harassment, Retaliation, and Unprofessional Conduct (Effective Date April 14, 2013) (000487-000497) |
| P57 | | | | Department of Corrections Temporary Administration Segregation Confinement for Christopher Spates (000004) |
| P58 | | | | Department of Corrections Conduct Violation Report Dated 11/12/2015 (000003) |
| P59 | | | | Department of Corrections Disciplinary Action Report Dated 12/7/2015 |
| P60 | | | | Department of Corrections Disciplinary Action Report Dated 9/23/2015 |
| P61 | | | | Department of Corrections Conduct Violation Report dated 9/15/2015 |

Plaintiff expressly reserves the right to introduce any exhibits identified by Defendants and further reserves the right to introduce any exhibit that may be necessary for impeachment and/or rebuttal. Plaintiff further reserves the right to supplement this exhibit list as it may become necessary.

**Respectfully submitted,**

By: /s/ *Laura C. Robinson*
Laura C. Robinson, MO Bar #67733
Husch Blackwell LLP
3810 E. Sunshine, Suite 300
Springfield, MO 65809
Phone: 417.268.4000
Fax: 417.268.4040
Laura.Robinson@huschblackwell.com

And

J. Brent Dulle, MO Bar #59705
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: (314) 345-6191
Brent.Dulle@huschblackwell.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing instrument was filed electronically via the Court's electronic filing system on April 13, 2023, for service on all counsel of record.

*/s/ Laura C. Robinson*
Laura C. Robinson