# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER K. SPATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 6:18-CV-03150-MDH |
| | ) | |
| GEORGE A. LOMBARDI, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANTS' PROPOSED EXHIBIT LIST

| O&A = offered & admitted w/o objection<br>Ex = offered, but objected to and excluded<br>Adm = admitted | Ltd = admitted for limited purposes<br>X = offered & admitted over objection<br>NO = marked, but not offered<br>WD = offered then withdrawn |
|---|---|

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| D1 | | | | Deposition of Christopher Spates (73 pages) |
| D2 | | | | Conduct Violation Report_11-12-2015 (1 page) (Bates 000003) |
| D3 | | | | Video of 11-12-2015 (Bates 000001) |
| D4 | | | | SOP21-1.2 Administrative Segregation-effective 9-9-11 (Bates 000382-0000412) (28 pages) |
| D5 | | | | SOP 21-1.2 Administrative Segregation-effective 3-1-17 (Bates 457-000486) (33 pages) |
| D6 | | | | Christopher Spates' Medical Records_11-12-15 to 9-26-19 (Bates 000087-000118) (32 pages) |
| D7 | | | | Spates Medical Assessment Video (Bates 000002) |
| D8 | | | | Deposition of Charles Reese (62 pages) |
| D9 | | | | Deposition of Robert Widener (133 pages) |

1

| O&A = offered & admitted w/o objection<br>Ex = offered, but objected to and excluded<br>Adm = admitted | | | | Ltd = admitted for limited purposes<br>X = offered & admitted over objection<br>NO = marked, but not offered<br>WD = offered then withdrawn |
|---|---|---|---|---|
| Exhibit Number | Action Taken | Date | Time | Description |
| D10 | | | | Deposition of John Machino (45 pages) |
| D11 | | | | Deposition of Robert Turner (91 pages) |
| D12 | | | | Charles Reese Investigation Interview (Bates 000032) |
| D13 | | | | Christopher Spates Investigation Interview (Bates 000033) |
| D14 | | | | Robert Turner's Performance Appraisal (Bates 000529-000532) (4 pages) |
| D15 | | | | Use of Force Investigation_11-12-15 (Bates 000152-00168) (17 pages) |
| D16 | | | | Missouri Department of Corrections Enemies List (Bates 000005) (1 page) |
| D17 | | | | Robert Turner's Performance Appraisal (Bates 000529-000532) (4 pages) |
| D18 | | | | |
| D19 | | | | |
| D20 | | | | |

| O&A = offered & admitted w/o objection<br>Ex = offered, but objected to and excluded<br>Adm = admitted | | | | Ltd = admitted for limited purposes<br>X = offered & admitted over objection<br>NO = marked, but not offered<br>WD = offered then withdrawn |
|---|---|---|---|---|
| Exhibit Number | Action Taken | Date | Time | Description |
| D34 | | | | Those exhibits which may listed or offered by Plaintiff |
| D35 | | | | All exhibits required for proper impeachment |
| D36 | | | | All rebuttal exhibits |

Respectfully submitted,

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Jessica L. Ward*
Jessica L. Ward, #57389
Assistant Attorney General
149 Park Central Sq. Suite 1017
Springfield, MO 65806
Telephone: (417) 895-6567
Fax: (417) 895-6382
Email: Jessica.Ward@ago.mo.gov

**ATTORNEY FOR DEFENDANTS REESE, TURNER AND MACHINO**

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of April 2023, the foregoing was filed electronically with the Court to be served upon all counsel by operation of the Court's electronic filing system.

/s/ Jessica L. Ward
Assistant Attorney General