# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER K. SPATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 6:18-CV-03150-MDH |
| | ) | |
| GEORGE A. LOMBARDI, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## **Defendants' Proposed Voir Dire Questions**

Defendants Charles Reese, Robert Turner and John Machino (hereinafter collectively as "Defendants") submit the following questions to the Court for voir dire:

1. My name is Jessica Ward, my co-counsel is Lucina Diaz, and our paralegal is Jacqueline Lancaster. Does anyone here know any of us? Does anyone on the panel know anyone else who works at the Missouri Attorney General's office?

2. We represent Charles Reese, Robert Turner and John Machino. Does anyone here know, or have you ever heard of, any of them?

3. Do you or anyone you know work for or have contact with the South Central (SCCC) in Licking, Missouri? Any other Missouri Department of Corrections facility? If yes:

   a. please describe the relationship; and

b. would said contact affect your ability to be fair and impartial in this case, alleging constitutional violations against corrections officers at SCCC?

4. Before arriving here this week for jury duty, is any member of the panel acquainted with any other member of the panel? If yes,

   a. Who do you know?

   b. How long have you known him/her?

   c. How do you know him/her?

   d. Anything about serving on the jury with this person that would affect your ability to be fair and impartial?

   e. If you and this person were chosen to serve on the jury here, do you believe that you would give more (or less) weight to this person than other fellow jurors during deliberations?

   f. If you and this person were chosen to serve on the jury here, do you believe that your relationship with this person would be distracting to you and therefore inhibit your participation in deliberations?

5. Have you or anyone close to you spent any time in jail or prison? If yes:

   a. If person close to you, what is that relationship?

   b. where?

   c. when?

d.  why?

e.  were you and/or the person close to you treated in an appropriate manner while you were in jail or prison; and

f.  would your experience, or your close associate's experience, affect your ability to be fair and impartial in this case, alleging constitutional violations against corrections officers at SCCC?

6.  Does anyone believe that prisoners are treated unfairly in Missouri? If yes:

a.  explain why; and

b.  would you be able to be fair to employees of the Missouri Department of Corrections who are alleged to have treated a prisoner badly?

c.  Would your feelings affect your ability to be fair and impartial in this case, alleging unfair treatment by corrections officers at SCCC?

7.  Does any member of the panel have any negative feelings about Missouri prisons or jails or the people who run them?

a.  What are those feelings?

b.  Do these feelings arise from a specific event that happened to you, a close friend, or family member?

c.  How long have you had these feelings?

d. Will your feelings about Missouri prisons, jails, or the people who run them affect your ability to be fair and impartial in this case?

8. Has anyone had any kind of interaction with any law enforcement official, other than a traffic ticket or stop, where you believe that the official behaved in an inappropriate manner? If yes,

   a. Please describe how the interaction was inappropriate;

   b. Did you take any action against the official; and

   c. Would this interaction affect your ability to be fair and impartial in this case?

9. Anyone have any negative feelings about the Missouri Attorney General?

   a. Describe those feelings/dislike?

   b. Do those feelings arise from a specific event that happened to you, a family member, or close friend?

   c. How long have you had those feelings?

   d. Would your feelings about the Missouri Attorney General cause you to hold that against Ms. Diaz and myself in this case, who work for the Missouri Attorney General?

   e. Anything about your feelings about the Missouri Attorney General that would affect your ability to be fair and impartial in this case? What was that event?

10. Has anyone here, or anyone close to them, ever had any negative experiences with the Missouri Attorney General's office? Would that affect your ability to be fair and impartial in this case?

11. Has anyone here, or anyone close to them, ever had any negative experiences with employees of the State of Missouri? Would that affect your ability to be fair and impartial in this case?

12. The judge will give you instructions on the law in this case. You as jurors will be required to follow them even if you disagree with the law or the instruction or believe it to be unfair.

    a. Does anyone believe they will be unable to follow the instructions if you think the instructions are unfair?

    b. Does anything believe they will be unable to follow the instructions if you disagree with them?

13. Does anyone here believe that if someone makes a complaint against a correctional officer, or any person in a position of authority, that there has to be some truth to that?

14. Does anyone here believe that just because we are here in court that there must be some truth to the plaintiff's claims?

15. For every witness who testifies, you have to decide whether that witness is telling the truth, lying, or if they are mistaken. The judge will instruct you on the law in this regard.

a. Is there anyone uncomfortable judging a witness's testimony like that?

b. Does anyone believe that it is inappropriate for either side to argue that a witness cannot be believed?

c. Is there anyone unable to follow the judge's instruction with regard to the evaluation of a witness's testimony?

16. Because the Plaintiff in this case has the burden of proof, Defendants will not put on their evidence until Plaintiff has finished with their case. Can everyone wait to hear all of the evidence before they make their decision?

Respectfully submitted,

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Jessica L. Ward*
Jessica L. Ward, #57389
Assistant Attorney General
149 Park Central Sq. Suite 1017
Springfield, MO 65806
Telephone: (417) 895-6567
Fax: (417) 895-6382
Email: Jessica.Ward@ago.mo.gov

**ATTORNEY FOR DEFENDANTS
REESE, TURNER AND MACHINO**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th of April 2023, the foregoing was filed electronically with the Court to be served upon all counsel by operation of the Court's electronic filing system.

*/s/ Jessica L. Ward*
Assistant Attorney General