IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER K. SPATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 6:18-cv-03150-MDH |
| | ) | |
| GEORGE A. LOMBARDI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S APPLICATION FOR WRIT OF HABEAS CORPUS FOR TRIAL

COMES NOW Plaintiff, and for his Application for Writ of Habeas Corpus For Trial, states as follows:

1. The trial of Plaintiff's cause is set to begin on August 21, 2023.

2. The Court has scheduled the final pre-trial on August 21, 2023, which will be held at 8:30 a.m. in Courtroom 1 at the United States District Courthouse in Springfield, Missouri.

3. Plaintiff is incarcerated in the Missouri Department of Corrections and housed at the South Central Correctional Center in Licking, Missouri.

4. Said facility is a mixed custody prison that houses minimum, medium, and maximum-security offenders and Plaintiff does not present an escape risk.

5. Plaintiff's inmate number is 1196471.

6. Plaintiff's presence at both the final pretrial conference and at trial is necessary for a full and fair opportunity to litigate his claims in this matter.

7. No previous application for this writ of habeas corpus has been made herein.

8. Plaintiff's presence in the Springfield area from August 21, 2023 until the end of the trial is important to the preparation of Plaintiff's case for trial. Counsels' access to Plaintiff is

substantially limited while Plaintiff is housed in Licking due to the distance and due to the regulations of the Missouri Department of Corrections.

9. Counsel for Plaintiff respectfully requests that the Court issue the Writ of Habeas Corpus commanding that Plaintiff be delivered to the Springfield area on August 21, 2023, at 8:00 am (CDT) to meet with counsel prior to the final pretrial conference, and from 8:30 a.m. (CDT) through the conclusion of the final pretrial conference, and on August 21, 2023, at 9:00 a.m. (CDT) and for each day through the conclusion of the trial.

WHEREFORE, Plaintiff respectfully prays that he be transported by the U.S. Marshal from the South Central Correctional Center in Licking, Missouri to be housed in the Springfield, Missouri area no later than 8:00 a.m. on August 21, 2023 and thereafter remain in the Springfield area until the conclusion of his trial so that he can meet with Counsel and be present in the Courtroom at the time of trial; and for such other relief as the Court deems just.

**Respectfully submitted,**

By: /s/ *Laura C. Robinson*
Laura C. Robinson, MO Bar #67733
Husch Blackwell LLP
3810 E. Sunshine, Suite 300
Springfield, MO 65809
Phone: 417.268.4000
Fax: 417.268.4040
Laura.Robinson@huschblackwell.com

And

J. Brent Dulle, MO Bar #59705
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: (314) 345-6191
Brent.Dulle@huschblackwell.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing instrument was filed electronically via the Court's electronic filing system on August 8, 2023, for service on all counsel of record.

/s/ Laura C. Robinson
Laura C. Robinson