IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| CHRISTOPHER K. SPATES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 6:18-cv-03150-MDH |
| GEORGE A. LOMBARDI, *et al.*, | ) | |
| Defendants. | ) | |

**Defendants' Counter Designations and Objections to Plaintiff's Deposition Designations for Robert Widener**

Defendants submit the following Objections and Counter Designations:

**Defendant's Objections to Plaintiff's Designation of the Deposition Testimony of Rob Weidner**

| Deposition Cite | Description/Objection | Sustained | Overruled |
|---|---|---|---|
| 34:14-35:18; 36:6-20 | Rule of completeness. Texts jumps from the first line of an answer 35:18 and then continues on at 36:20, changing the context and substance of the testimony. | | |

**Defendant's Counter Designations**

26:8-27:18
37:23-38:6
38:10-18
49:11-22
52:23-25
53:1-2
55:2-15

1

Respectfully Submitted,

**ANDREW BAILEY**
Attorney General

*/s/ Austin Davis*
Austin Davis, MO74013
Assistant Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (314) 244-2106
Fax: 314-340-7029
Email: Austin.Davis@ago.mo.gov
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August, 2023, I electronically filed the foregoing with the Clerk of the Court using the Missouri Courts Electronic Filing System, which served the foregoing upon all counsel of record.

*/s/ Austin Davis*
Assistant Attorney General

2