IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER K. SPATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 6:18-cv-03150-MDH |
| | ) | |
| GEORGE A. LOMBARDI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT PRETRIAL MEMORANDUM

Pursuant to the Court's Fifth Amended Scheduling and Trial Order for Jury Trial (Doc. 134) and the Court's Notice of Hearing resetting the Initial Pretrial Conference (Doc. 160), Plaintiff Christopher K. Spates ("Mr. Spates") and Defendants Charles Reese ("Mr. Reese"), Robert Turner ("Mr. Turner"), and John Machino ("Mr. Machino," and collectively with Mr. Spates, Mr. Reese, and Mr. Turner, the "Parties") respectfully submit the following Joint Pretrial Memorandum:

**I.    Facts Not in Dispute to Which the Parties will Stipulate**

1.    On November 12, 2015, Plaintiff Christopher Spates was an inmate in the custody of the Missouri Department of Corrections ("MDOC"), incarcerated at South Central Correctional Center ("SCCC") in Licking, Missouri.

2.    On November 12, 2015, Defendants Robert Turner, Charles Reese, and John Machino were employees of MDOC, employed as correctional officers.

3.    Mr. Turner, Mr. Reese, and Mr. Machino were acting under color of state law.

**II.    Disputed Issues Regarding the Sufficiency of Foundation for or Authenticity of Exhibits**

The only potential dispute regarding foundation or authenticity of exhibits known at this time relates to the Facebook posts of John Machino, submitted as an exhibit by Plaintiff. The primary evidentiary disputes related to exhibits are relevance based.

## III.   Legal and Factual Issues to be Tried

1.   Whether Defendants knew of the risk of attack that Mr. Smith posed to Mr. Spates.

2.   Whether Defendants disregarded the risk of attack that Mr. Smith posed to Mr. Spates.

3.   Whether Mr. Spates was injured from the attack by Mr. Smith.

4.   The amount of damages, if any, Mr. Spates is entitled to recover.

5.   Whether Defendants were malicious or recklessly indifferent to Mr. Spates' right to be protected from an attack.

6.   The amount of punitive damages, if any, Mr. Spates is entitled to recover.

7.   The amount of attorney's fees, if any, Mr. Spates is entitled to recover.

## IV.   Evidentiary Issues Expected to be Presented at Trial

1.   The issues described in the Parties' Motions in Limine.

2.   Relevancy and potential prejudice of certain proposed MDOC exhibits indicating that Mr. Spates did not request protective custody.

3.   Relevancy and potential prejudice of the Facebook posts of John Machino, proposed as an exhibit by Plaintiff.

## V.   Estimated Length of Trial

The parties estimate the trial of this matter will last approximately two to four days.

2

**VI.** **History of Mediation Efforts Relating to the Case**

1.      The Parties mediated this matter on December 9, 2021 in accordance with the Mediation and Assessment Program ("MAP"). The Parties participated in the mediation in good faith but were unable to reach a mutually agreeable resolution.

2.      The Parties again mediated this matter on March 6, 2023 in accordance with MAP. The Parties participated in the mediation in good faith but were unable to reach a mutually agreeable resolution.

3.      The Parties have engaged in additional informal settlement discussions but have been unable to reach a mutually agreeable resolution.

**Respectfully submitted,**

By: */s/ Laura C. Robinson*
Laura C. Robinson, MO Bar #67733
Husch Blackwell LLP
3810 E. Sunshine, Suite 300
Springfield, MO 65809
Phone: 417.268.4000
Fax: 417.268.4040
Laura.Robinson@huschblackwell.com
And
J. Brent Dulle, MO Bar #59705
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: (314) 345-6191
Brent.Dulle@huschblackwell.com

*Attorneys for Plaintiff*

3

**ANDREW BAILEY**
Attorney General

*/s/ Austin Davis*
Austin Davis MO74013
Assistant Attorney General
P.O. Box 861
St. Louis, MO 63188-0861
Telephone: (314) 244-2106
Facsimile: (314) 340-7029
E-Mail:Austin.Davis@ago.mo.gov

***Attorney for Defendants***
***Reese, Turner and Machino***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing instrument was filed electronically via the Court's electronic filing system on August 14, 2023, for service on all counsel of record.

*/s/ Laura C. Robinson*
Laura C. Robinson

HB: 4853-5966-3222.2