IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER K. SPATES, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 6:18-cv-03150-MDH |
| ) | |
| GEORGE A. LOMBARDI, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Plaintiff Christopher K. Spates ("Plaintiff") respectfully asks the Court to issue an Order directing a Writ of Habeas Corpus Ad Testificandum in this cause. In support, Plaintiff states:

1. This case is scheduled for a jury trial on August 21, 2023, at 9:00 a.m. (CDT) in the United States District Court for the Western District of Missouri, Southern Division, in Springfield, Missouri.

2. Plaintiff's witness Julius Smith ("Mr. Smith") is needed to give testimony at the jury trial as he has first-hand knowledge of the facts of this case.

3. If Mr. Smith is not permitted to attend and testify at the jury trial, Plaintiff will be substantially and irreparably prejudiced as he will be unable to fully present his case.

4. Mr. Smith is presently confined at Potosi Correctional Center, a state correction institution in Mineral Point, Missouri, as inmate number 1204315.

5. Said facility is a maximum, death row security level prison that houses maximum-security and death row offenders, and Mr. Smith does not present an escape risk.

WHEREFORE, Plaintiff prays this Honorable Court enter an Order for a Writ of Habeas Corpus Ad Testificandum directing the presence of Julius Smith no later than 1:00 p.m. on

August 21, 2023, and each day remaining until the conclusion of Mr. Smith's testimony, and for such other relief as the Court deems just and appropriate under all the circumstances.

**Respectfully submitted,**

By: /s/ *Laura C. Robinson*
Laura C. Robinson, MO Bar #67733
Husch Blackwell LLP
3810 E. Sunshine, Suite 300
Springfield, MO 65809
Phone: 417.268.4000
Fax: 417.268.4040
Laura.Robinson@huschblackwell.com
And
J. Brent Dulle, MO Bar #59705
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: (314) 345-6191
Brent.Dulle@huschblackwell.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing instrument was filed electronically via the Court's electronic filing system on August 14, 2023, for service on all counsel of record.

*/s/ Laura C. Robinson*
Laura C. Robinson