IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER K. SPATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-3150-cv-S-MDH-P |
| ) | |
| ROBERT TURNER, CHARLES REESE, ) | |
| and JOHN MACHINO, in their individual ) | |
| capacity, ) | Demand for Jury Trial |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND**
**SECOND AMENDED COMPLAINT**
**BY INTERLINEATION**

Plaintiff Christopher Spates, requests the Court grant leave to amend the Second Amended Complaint by interlineation to correct a clerical oversight. In support, Plaintiff states the following:

1. On April 13, 2021, Plaintiff filed his Second Amended Complaint in this matter (Doc. 89).

2. In error, Plaintiff's Second Amended Complaint did not specify the capacity in which Defendants are sued.

3. On or about August 3, 2023, Plaintiff's counsel became aware of this oversight regarding capacity designation.

4. Plaintiff intended to sue Defendants in their individual capacities only, and thus seeks to amend the Second Amended Complaint by interlineation to specify that intent.

5. Plaintiff attaches a proposed Second Amended Complaint with the corrections by interlineation; in particular, this version makes only the following changes to the current Second Amended Complaint:

　　a. Adds the phrase "in their individual capacities" to the caption;

  b. Adds the clause "he is sued in his individual capacity only" after a semicolon in ¶¶ 3, 4, and 5.

6.  Counsel for Defendants do not object to this request.

7.  These changes are merely clerical, and they comport with evidence and the understanding of counsel for the parties as to what issues will be tried in this matter.

  WHEREFORE, Plaintiff respectfully requests the Court grant him leave to substitute the attached Second Amended Complaint for the current one that incorporates the clerical changes described above, and to direct the clerk to accept Exhibit 1 as the Second Amended Complaint in this matter.

**Respectfully submitted,**

By: /s/ *Laura C. Robinson*
Laura C. Robinson, MO Bar #67733
Husch Blackwell LLP
3810 E. Sunshine, Suite 300
Springfield, MO 65809
Phone: 417.268.4000
Fax: 417.268.4040
Laura.Robinson@huschblackwell.com
And
J. Brent Dulle, MO Bar #59705
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: (314) 345-6191
Brent.Dulle@huschblackwell.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that the foregoing instrument was filed electronically via the Court's electronic filing system on August 15, 2023, for service on all counsel of record.

               /s/ *Laura C. Robinson*