# Questions

1.) Who pays the punitive damages
individual?            employer?
(guard)                (prision)

Beth Stirt

Kacie Turner

Jury Question
#1

# Background Questions

~~~~~~~~

How long was Reese, Turner, Machino employed at the prision?
- What was their working relationship?

How long was Chris located in Licking?

What is the history, time line, & relationship between Chris & Turner.
- How long did they work together in food service.



Jury Question #2

*Kacie Turner*
*Beth Stewart*

Jurors -

8/22/23
12:30

You must reach your verdict on the evidence presented. Please review the instructions and make your factual determinations on the evidence received.

Judge Harpool

Response to Jury Question
#1 & #2