# JURY VERDICT FORM

**Note**: Complete this form by writing in the names required by your verdict.

On Plaintiff Christopher Spates' claim against Defendant Charles Reese, as submitted in Instruction No. 18, we find in favor of

**(Plaintiff Christopher Spates)** [circled]   or   (Defendant Charles Reese)

On Plaintiff Christopher Spates' claim against Defendant Robert Turner, as submitted in Instruction No. 19, we find in favor of

**(Plaintiff Christopher Spates)** [circled]   or   (Defendant Robert Turner)

On Plaintiff Christopher Spates' claim against Defendant John Machino, as submitted in Instruction No. 20, we find in favor of

**(Plaintiff Christopher Spates)** [circled]   or   (Defendant John Machino)

**Note**: Complete the following paragraphs only if one or more of the above findings is in favor of the plaintiff.

We find Plaintiff Christopher Spates' damages to be:

$ __85,000__ (state the amount or, if none, write the word "none").

**Note**: You may not award punitive damages against any defendant unless you have first found against that defendant and awarded Plaintiff Christopher Spates actual damages.

We assess punitive damages against Defendant Charles Reese as follows:

$ 50,000 (state the amount or, if none, write the word "none").

We assess punitive damages against Defendant Robert Turner as follows:

$ 40,000 (state the amount or, if none, write the word "none").

We assess punitive damages against Defendant John Machino as follows:

$ 50,000 (state the amount or, if none, write the word "none").

_[signature]_
Foreperson

Dated: 8/22/23