*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| CHRISTOPHER K. SPATES, )<br>)<br>) | |
| vs. ) | Case No. 18-3150-CV-S-MDH |
| ) | |
| GEORGE A. LOMBARDI, et al., )<br>**)**<br>**)**<br>)<br>) | |

<u>X</u>    Jury Verdict.   This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

<u> </u>    Decision by Court.  This action came to determination before the Court.  The issues have been determined and a decision has been rendered.

Verdict in favor of Plaintiff on claims against Defendants Charles Reese, Robert Turner and John Machino with damages to be in the amount of $85,000 and punitive damages against Defendant Charles Reese in the amount of $50,000, punitive damages against Defendant Robert Turner in the amount of $40,000, and punitive damages against Defendant John Machino in the amount of $50,000.

IT IS SO ORDERED.


<u> August 22, 2023           </u>           Paige Wymore-Wynn
Date                            Clerk of Court


Entered on: <u>August 22, 2023 </u>       <u> s/Linda Howard     </u>
                                     (By) Deputy Clerk