IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER K SPATES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:18-CV-03150-MDH |
| GEORGE A. LOMBARDI, et al., | ) |
| Defendants. | ) |

# NOTICE OF APPEAL

Defendants Robert Turner, John Machino, and Charles Reese, by and through undersigned counsel, hereby give notice of their appeal to the United States Court of Appeals for the Eighth Circuit of the August 22, 2023, Judgment (Doc. 194), issued by the Honorable Douglas M. Harpool, United Stated District Court for the Western District of Missouri.

Respectfully submitted,

**ANDREW BAILEY**
Attorney General

*/s/ Austin Davis*
Austin Davis MO74013
Assistant Attorney General
P.O. Box 861
St. Louis, MO 63188-0861
Telephone: (314) 244-2106
Facsimile: (314) 340-7029
E-Mail:Austin.Davis@ago.mo.gov

*Attorney for Defendants
Reese, Turner and Machino*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of September 2023, the foregoing was filed electronically with the Clerk of Court, which sent notice to all parties of record.

*/s/ Austin Davis*
Assistant Attorney General