IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER K SPATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 6:18-CV-03150-MDH |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE A. LOMBARDI, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO STAY JUDGMENT AWARDING ATTORNEYS' FEES

Defendants respectfully move this Court under Federal Rule 62(b) to stay its October 30, 2023, judgment awarding Plaintiff his attorneys' fees. Defendants have appealed the merits judgment entered September 15, 2023. A reversal of the merits judgment would render the fee award moot.

Under Rule 62(b), "[a]t any time after judgment is entered, a party may obtain a stay by providing a bond or other security." Because Defendants are represented by the State of Missouri, Defendants further request this Court waive the bond or security requirement because there is no question of the State's ability to pay.

Defendants respectfully submit the factors informing the Court's discretion favor a stay without bond: (1) the collection process is not complex;

(2) there will be no delay for Plaintiff to obtain his judgment if the merits judgment is affirmed on appeal; (3) there is no doubt the State of Missouri has the ability to pay the judgment; (4) the State's "ability to pay the judgment is so plain that the cost of a bond would be a waste of money"; and (5) the State is not in a precarious financial position. *Dillon v. City of Chicago*, 866 F.2d 902, 904–05 (7th Cir. 1988).

Respectfully submitted,

**ANDREW BAILEY**
Attorney General

*/s/ Ray Rhatican*
Ray Rhatican, MO #73912
Assistant Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
Telephone: (314) 340-7871
Email: Ray.Rhatican@ago.mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October 2023, a true and correct copy to the above and foregoing document was filed via the Court's electronic filing system which sent notice to all counsel of record.

*/s/ Ray Rhatican*
Assistant Attorney General